## NO. 02-14-00113-CR

IN The
Court Of Criminal Appeals
Austin, Texas

FILED IN
COURT OF CRIMINAL APPEALS
APR 13 2015
Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 06 2015
Abel Acosta, Clerk

Joe Don McDonald

V

The State Of Texas

From Appeal No. 02-14-00113-CR
Trial Cause No. CR12488
Hood County

First Motion For Extension of time to File
Petition For Discretionary Review

To The Honorable Judges of the Court of Criminal Appeals:
 Come Now, Joe Don McDonald, Petitioner, and files this motion for an extension of sixty (60) Days in which to file a Petition for Discretionary Review, In support of this motion, appellant shows the Court the Following:

I.

The Petitioner was convicted in the 335 District Court of Hood County, Texas of the offense of 481.112 Health and Safety Code in Cause No CR12488, Styled State of Texas vs. Joe Don McDonald. The petitioner appealed to the Court

of Appeals Second District of Texas Fort Worth, The Case was affirmed on March 26, 2015

II

The present deadline for filing the petition For Discretionary Review is April 25, 2015. The petitioner has not requested any extension prior to this request.

III

Petitioner's request For an extension is based upon the following fact: Peitioner was not informed of the decision of the court of appeals in affirming his case until March 31, 2015. Since that time Petitioner has been attempting to gain legal representation in this matter, His attorney on the appeal E. Mark Piland, has informed petitioner that he will not represent him on the petition For Discretionary Review.

Wherefore, Petitioner prays this Court grant this motion and extend the deadline For filing the petition For Discretionary Review in Case No 02-14-00113-CR To 25 of June 2015.

Joe Don McDonald
Petitioner, pro se
Texas Department of Criminal Justice
Bartlett State Jail Unit, Bartlett Tx, 76511
TDCJ - ID #01908695

## Certificate of Service

I certify that a true and correct copy of the above and Foregoing First Motion for Extension of time to File a Petition For Discretionary Review, has been forwarded by U.S. mail, postage prepaid, First Class, to the Attorney For State Robert T. Christan, at Hood County Justice Center, and to the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 on this the 31 day of March, 2015.

Joe Don. M⁰Donald
Joe Don McDonald #1908695
Petitioner, pro se

I Joe Dom McDonald, TDCJ #01908695, being presently incarcerated in the Bartlett State Jail Unit of the Texas Department of Criminal Justice in Williamson County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 31 day of march 2015.

Joe McDonald
Joe McDonald #01908695

April 1, 2015

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 06 2015

Abel Acosta, Clerk

Dear Clerk:
Enclosed please find my pro se
Defendant's Motion for Extension of time to File
Petition for Discretionary Review, Please file this motion
and bring it to the attention of the Court.

Please date-stamp this letter and return it to
me at my address shown below.
I also request that you notify me of the
Court's ruling on my motion,

Sincerely
Joe McDonald
Defendant, pro se

Joe Don McDonald 01908695
Bartlett Unit-
1018 Arnold Dr.
Bartlett, TX 76511

Joe Don McDonald 01908695
Bartlett State Jail
1018 Arnold Dr.
Bartlett TX 76511

PRIVILEGED

Legal Mail

AUSTIN TX 787
RIO GRANDE DISTRICT
02 APR 2015 PM 5 L

Abel Acosta % Court of Criminal Appeals
PO Box 12308 Capitol Station
Austin TX 78711

78711230608